**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Daniel Hargadon, Appellant.

Appellate Case No. 2015-000575

———————————

Appeal From Sumter County
Clifton Newman, Circuit Court Judge

———————————

Unpublished Opinion No. 2017-UP-032
Submitted November 1, 2016 – Filed January 11, 2017

———————————

**APPEAL DISMISSED**

———————————

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

General Counsel Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, and Attorney General Alan McCrory Wilson, both of Columbia, for Respondent.

———————————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.